# DOCUMENTS TO BE SEALED

PLAINTIFF

-V-

DEFENDANT

DOCKET NUMBER: **23 CV 08796**

DATE FILED: **OCT 0 6 2023**

SIGNED BY: **JUDGE SUBRAMANIAN**

DATE SIGNED: **OCT 0 5 2023**

23 MC 358

TO BE FILED UNDER SEAL:

____ ENTIRE ACTION

____ COMPLAINT/PETITION ONLY

✓ OTHER DOCUMENTS/EXHIBITS