# Exhibit 1



VIA COURIER AND EMAIL

June 12, 2023

Adeia Guides Inc. (f/k/a Rovi Guides Inc.)
Adeia Media Solutions (f/k/a TiVo Solutions, Inc.)
Adeia Media Holdings LLC (f/k/a TiVo Corporation)
3025 Orchard Parkway
San Jose, California 95134
Attn: Legal, IP Licensing

Dear Sir/Madam:

**RE:    Termination of Interactive Program Guide Patent License Agreement**

Reference is made to that Interactive Program Guide Patent License Agreement, effective as of April 1, 2014 and as subsequently amended (the "Agreement"), between and among Adeia Guides Inc. (f/k/a Rovi Guides, Inc.), Adeia Media Solutions Inc. (f/k/a Tivo Solutions Inc.) and Adeia Media Holdings LLC (f/k/a Tivo Corporation) (collectively, "Adeia"), on the one hand, and Shaw Cablesystems G.P. and Shaw Satellite G.P. dba Shaw Direct® (collectively, "Shaw"), on the other hand. Capitalized terms used in this letter shall have the same meaning as those defined terms set forth in the Agreement.

As an initial matter, Section 3.3 of the Agreement states Shaw



Accordingly, Shaw hereby terminates the Agreement pursuant to Section 3.3.

Separately, Section 3.2(b) of the Agreement states:



In addition to terminating the Agreement pursuant to Section 3.3, Shaw believes it has the right to terminate the Agreement pursuant to Section 3.2(b) for at least two reasons: ███████████████████████████████████████████████████████████████████████████████████████ Section 7.2(d) of the Agreement ███████████████████████████████████████████████████████████████████████████████████████ Section 9.2 of the Agreement.

As a result of the bases for termination discussed above, Shaw has no further obligation to pay License Fees to Adeia. In addition, Shaw has no obligation to pay the increased License Fees demanded in your letter of April 27, 2023. Setting aside whether Rogers Communications Inc. ("RCI") is an Affiliate of Shaw, the express language of the Agreement requires Shaw to pay License Fees only in connection with its Subscribers. The Agreement in turn defines a Subscriber, in pertinent part, ████████████████████████████████████████ And the Agreement ████████████████████████████████████ Accordingly, because any individual or location receiving services separately from RCI is not a Subscriber as that term is defined in the Agreement, Shaw Cable and Shaw Direct need not pay any License Fees in connection with those individuals or locations.

Please note that by sending this letter, Shaw does not waive, but instead expressly reserves, any other rights it has or may in the future have pursuant to the Agreement or under applicable law.

Sincerely,

*Andy Bonanno* (DocuSigned)
Andy Bonanno
SVP Procurement & Supply Chain

cc:

    SueAnn Patten-Hotchkin, SVP, Business & Legal Affairs
    (sueann.patten-hotchkin@adeia.com)

    Sean Moore, SVP, Head of Sales – Media Portfolio
    (sean.moore@adeia.com)