UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADIEA GUIDES INC.; ADEIA MEDIA SOLUTIONS INC.; and ADEIA MEDIA HOLDINGS LLC,<br><br>                        Plaintiffs,<br><br>              -against-<br><br>SHAW CABLESYSTEMS G.P.; and SHAW SATTELITE G.P.,<br><br>                      Defendants. | 1:23-cv-8796 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Parties' submissions regarding Defendant's request for a pre-motion conference in relation to its anticipated motion to dismiss pursuant to Fed. R. Civ. P. 12(b). (ECF Nos. 20, 34, and 35). The Parties' pre-motion conference requests are **DENIED**. Defendants are granted leave to file redacted portions of their Pre-Motion letter at ECF No. 20. Defendant is **GRANTED** leave to file its motion to dismiss. Unless the Parties jointly submit an alternative, the Court sets the following briefing schedule:

      Opening brief due by **October 1, 2024**

      Opposition brief due by **October 15, 2024**

      Reply brief due by **October 22, 2024**

**SO ORDERED.**

Dated:    September 12, 2024
              New York, New York

                                                     **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**