UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

ADEIA GUIDES INC., ADEIA MEDIA
SOLUTIONS INC., and ADEIA MEDIA
HOLDINGS LLC,

         Plaintiffs,

    -against-

SHAW CABLESYSTEMS G.P. and SHAW
SATELLITE G.P.,

         Defendants.

------------------------------------------------------------- x

       1:23-cv-08796 (ALC)

       <u>ORDER</u>

ANDREW L. CARTER, JR., United States District Judge:

   This Court will conduct a telephonic status conference in this action today, **September 26, 2025, at 3:00PM**. All parties shall appear and should contact the Court at **1-855-244-8681** (access code: 2305 370 0226#).

SO ORDERED.

Dated: September 26, 2025
   New York, NY

           **ANDREW L. CARTER, JR.**
           **United States District Judge**