# EXHIBIT 1



**VIA COURIER AND EMAIL**

June 12, 2023

Adeia Guides Inc. (f/k/a Rovi Guides Inc.)
Adeia Media Solutions (f/k/a TiVo Solutions, Inc.)
Adeia Media Holdings LLC (f/k/a TiVo Corporation)
3025 Orchard Parkway
San Jose, California 95134
Attn: Legal, IP Licensing

Dear Sir/Madam:

**RE:    Termination of Interactive Program Guide Patent License Agreement**

   Reference is made to that Interactive Program Guide Patent License Agreement, effective as of April 1, 2014 and as subsequently amended (the "Agreement"), between and among Adeia Guides Inc. (f/k/a Rovi Guides, Inc.), Adeia Media Solutions Inc. (f/k/a Tivo Solutions Inc.) and Adeia Media Holdings LLC (f/k/a Tivo Corporation) (collectively, "Adeia"),  on the one hand, and Shaw Cablesystems G.P. and Shaw Satellite G.P. dba Shaw Direct® (collectively, "Shaw"), on the other hand.  Capitalized terms used in this letter shall have the same meaning as those defined terms set forth in the Agreement.

   As an initial matter, Section 3.3 of the Agreement states Shaw "███████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████"  As you are well aware, two Canadian courts have now held that a number of the "████████████████████████████████████████" are invalid. Further, Adeia has since expressly disclaimed its right to appeal the finding of invalidity as to at least three IPG Patents, making the court's ruling on that Patent "█████" and "███████████" Accordingly, Shaw hereby terminates the Agreement pursuant to Section 3.3.

   Separately, Section 3.2(b) of the Agreement states:



In addition to terminating the Agreement pursuant to Section 3.3, Shaw believes it has the right to terminate the Agreement pursuant to Section 3.2(b) for at least two reasons: *First*, a material number of the Rovi IPG Patents, including the patents set forth in Schedule A of the Agreement, are now expired, dead, and/or invalidated. Additionally, Shaw believes that some "████████████" which were added to the portfolio through the execution of Amendment Two to the Agreement in May 2019, transferred to Xperi Inc. following the 2022 spin-off from Adeia. Each of these events constitutes ████████████████████████████████ ██████ pursuant to Section 7.2(d) of the Agreement that Adeia "████████████████ ████████████" *Second*, it is unclear whether Adeia or any of its predecessor entities "█████████████████████████████" any or all of its rights and obligations pursuant to the Agreement to Xperi Inc. or any of its affiliates. Adeia's failure to obtain "█████████████" from Shaw for such an ████████████████████████████████████ of Section 9.2 of the Agreement.

As a result of the bases for termination discussed above, Shaw has no further obligation to pay License Fees to Adeia. In addition, Shaw has no obligation to pay the increased License Fees demanded in your letter of April 27, 2023. Setting aside whether Rogers Communications Inc. ("RCI") is an Affiliate of Shaw, the express language of the Agreement requires Shaw to pay License Fees only in connection with its Subscribers. The Agreement in turn defines a Subscriber, in pertinent part, as "█████████████████████████████████████ ████████████████████████████████████████ ████████████" And the Agreement expressly █████████████████████ ██████████████████████, and does not include any company that may be an Affiliate of either Shaw Cable or Shaw Direct. Accordingly, because any individual or location receiving services separately from RCI is not a Subscriber as that term is defined in the Agreement, Shaw Cable and Shaw Direct need not pay any License Fees in connection with those individuals or locations.

Please note that by sending this letter, Shaw does not waive, but instead expressly reserves, any other rights it has or may in the future have pursuant to the Agreement or under applicable law.

Sincerely,



Andy Bonanno
SVP Procurement & Supply Chain

cc:

      SueAnn Patten-Hotchkin, SVP, Business & Legal Affairs
      (sueann.patten-hotchkin@adeia.com)

      Sean Moore, SVP, Head of Sales – Media Portfolio
      (sean.moore@adeia.com)