UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/2026
```

ADEIA GUIDES INC., ET AL.,

                Plaintiffs,

      -v-

SHAW CABLESYSTEMS G.P., ET AL.,

                Defendants.

**ORDER**

23-CV-8796 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

    The Court is in receipt of the Parties' joint status letter, ECF No. 85. The Parties shall submit a further joint status letter by **March 30, 2026.**

**SO ORDERED.**

Dated: January 29, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1