AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Adeia Guides, Inc., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  1:23-cv-08796-ALC-HJR |
| Shaw Cablesystems G.P.; and Shaw Satellite G.P. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Adeia Guides Inc., Adeia Media Solutions Inc., and Adeia Media Holdings LLC  .

Date:  02/11/2026

/s/ Charlotte J. Wen
*Attorney's signature*

Charlotte J. Wen (CA Bar #313572)
*Printed name and bar number*

Irell & Manella LLP
1800 Avenue of the Stars, Ste 900
Los Angeles, CA 90067
*Address*

cwen@irell.com
*E-mail address*

(310) 277-1010
*Telephone number*

(310) 203-7199
*FAX number*

Print    Save As...    Reset