UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2026
```

ADEIA GUIDES INC., ET AL.,

                    Plaintiffs,

          -v-

SHAW CABLESYSTEMS G.P., ET AL.,

                    Defendants.

**ORDER**

23-CV-8796 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Parties' joint status letter, ECF No. 93. The parties are directed to file a further joint status letter by **June 29, 2026.** Additionally, the Parties are reminded that any discovery disputes should be raised by filing a letter motion on the docket pursuant to Rule II of the undersigned's Individual Rules.

**SO ORDERED.**

Dated: March 31, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1