UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEIA GUIDES INC., ET AL.,

                    Plaintiffs,

          -v-

SHAW CABLESYSTEMS G.P., ET AL.,

                    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/30/2026
```

**ORDER**

23-CV-8796 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Parties' joint status letter, ECF No. 108. The Parties are directed to file another joint status letter by **September 28, 2026**. The Parties are reminded that discovery disputes and extension requests must be presented by letter motion, not by status update.

**SO ORDERED.**

Dated: June 30, 2026
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge