USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 9/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEIA GUIDES INC., ET AL.,

Plaintiffs,

-v-

SHAW CABLESYSTEMS G.P., ET AL.,

Defendants.

**ORDER**

23-CV-8796 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' joint status letter. ECF No. 124. The parties shall file another joint status letter by **December 8, 2026**.

**SO ORDERED.**

Dated: September 29, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge