USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEIA GUIDES INC., ET AL.,

Plaintiffs,

-v-

SHAW CABLESYSTEMS G.P., ET AL.,

Defendants.

**ORDER**

23-CV-8796 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion, ECF No. 129 (the "Letter Motion"), requesting a conference to address a discovery dispute. The request for a conference is **GRANTED**. Plaintiffs shall file their response to the Letter Motion by **October 13, 2026**. The undersigned will hold a conference via telephone on **October 26, 2026** at **10:30 a.m.** to address the Letter Motion. Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 664 470 269#).

The Clerk of Court is respectfully directed to terminate the Letter Motion at ECF No. 129 as **GRANTED**.

**SO ORDERED.**

Dated: October 6, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge