USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEIA GUIDES INC., ET AL.,

Plaintiffs,

-v-

SHAW CABLESYSTEMS G.P., ET AL.,

Defendants.

**ORDER**

23-CV-8796 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on October 19, 2026 to discuss the discovery disputes raised in the parties' letter motions at ECF Nos. 125 and 127. For the reasons articulated at the conference, the parties shall adhere to the following directives.

Plaintiffs' ("Adeia") letter motion is **GRANTED IN PART** and **DENIED IN PART**:

- Defendants ("Shaw") shall respond to Interrogatories No. 7 and No. 13 by **October 26, 2026**.
- Adeia's request related to the production of technical documents is **GRANTED**, subject to Shaw proposing a narrower scope of production by providing to Adeia, on or before **October 28, 2026**, a written explanation of why no licensed patent that has not been finally adjudicated invalid or unenforceable applies to Shaw's products, and the parties conferring about

what features of Shaw's products are relevant to determining whether a royalty is owed.

- Shaw shall respond to Interrogatory No. 18 by **October 26, 2026**.
- Shaw shall respond to Interrogatories No. 16 and No. 17 by **October 26, 2026**. Shaw shall respond to Interrogatories No. 8 and No. 9 by **November 6, 2026**.
- Shaw shall respond to Interrogatory No. 10 by **November 6, 2026**.
- Shaw shall respond to Interrogatory No. 5 by **October 26, 2026**.

Shaw's letter motion is **DENIED**:

- Shaw's request that Adeia identify each patent it believes applies is **DENIED** without prejudice as not yet ripe.
- Shaw's request related to Requests for Production ("RFPs") No. 13 and No. 15 is **DENIED**.
- Shaw's request related to RFPs Nos. 4, 5, and 12 is **DENIED**.
- Shaw's request related to RFP No. 6 is **DENIED**.

The Clerk of Court is respectfully directed to terminate the letter motions at ECF Nos. 116, 127 as **GRANTED IN PART** and **DENIED IN PART**, and the letter motions at ECF Nos. 117, 125 as **DENIED**.

**SO ORDERED.**

Dated: October 19, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge