UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/21/2026

ADEIA GUIDES INC., ET AL.,

Plaintiffs,

-v-

SHAW CABLESYSTEMS G.P., ET AL.,

Defendants.

**ORDER**

23-CV-8796 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiffs' letter motion at ECF No. 147 seeking leave to file certain documents with redactions. The motion is **GRANTED** and the proposed redactions are approved. Plaintiffs shall file a public version of the documents with the approved redactions.

The Court is also in receipt of the request to endorse the Letter of Request for International Judicial Assistance. ECF No. 148. The request is **GRANTED**. The letter will be signed and delivered to the Clerk of Court. The Clerk of Court will notify counsel when it is ready to be picked up.

The Clerk of Court is respectfully directed to terminate the letter motions at ECF Nos. 147 and 148 as **GRANTED**.

**SO ORDERED.**

Dated: October 21, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge