MAYER | BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Henninger S. Bullock**
Partner
T: +1 212 506-2528
F: +1 212 849-5528
HBullock@mayerbrown.com

October 23, 2026

**BY ECF**

The Honorable Henry J. Ricardo
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *Adeia Guides Inc. et al. v. Shaw Cablesystems G.P. et al.*,
Case No.: 1-23-cv-08796-ALC-HJR

Dear Magistrate Judge Ricardo:

Shaw Cablesystems G.P. and Shaw Satellite G.P. (collectively, "Shaw") write to notify the Court that the parties believe they have reached a settlement in principle. The parties jointly request a seven-day stay of the litigation deadlines, including Court-ordered deadlines from the October 19, 2026 hearing, while the parties finalize the settlement agreement. The parties also jointly request a continuance of the scheduled October 26, 2026 hearing. Counsel for both plaintiff and defendant have conferred regarding this letter and the requested seven-day litigation stay.

The parties are available to discuss these matters with the Court to the extent it is helpful.

Respectfully submitted,

Henninger S. Bullock

cc: All Counsel of Record