USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 10/26/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEIA GUIDES INC., ET AL.,

Plaintiffs,

-v-

SHAW CABLESYSTEMS G.P., ET AL.,

Defendants.

**ORDER**

23-CV-8796 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion requesting to stay litigation deadlines in light of the parties reaching a settlement in principle. ECF No. 153. The conference scheduled for October 26, 2026 has been adjourned. *See* ECF No. 156. The deadlines set out in the Order dated October 19, 2026, ECF No. 146, are stayed for **seven days** from the date of this Order. The parties should file a status update by **November 2, 2026**.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 153 as **GRANTED**.

**SO ORDERED.**

Dated: October 26, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge