MAYER | BROWN

Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020-1001
United States of America

T: +1 212 506 2500
F: +1 212 262 1910

mayerbrown.com

**Henninger S. Bullock**
Partner
T: +1 212 506-2528
F: +1 212 849-5528
HBullock@mayerbrown.com

November 2, 2026

**BY ECF**

The Honorable Henry J. Ricardo
United States Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *Adeia Guides Inc. et al. v. Shaw Cablesystems G.P. et al.*,
Case No.: 1-23-cv-08796-ALC-HJR

Dear Magistrate Judge Ricardo:

Shaw Cablesystems G.P. and Shaw Satellite G.P. write pursuant to the Court's Order, dated October 26, 2026, directing the parties to provide a status update. *See* ECF No. 157.

The parties continue to negotiate a settlement and respectfully request an additional seven-day extension of the current litigation deadlines to provide the parties time to finalize their proposed settlement. *See* ECF Nos. 153 and 157.

Counsel for both plaintiffs and defendants have conferred regarding this update and the requested additional seven-day litigation stay. The parties are available to discuss these matters with the Court to the extent it is helpful.

Respectfully submitted,

Henninger S. Bullock

cc: All Counsel of Record