USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEIA GUIDES INC., ET AL.,

Plaintiffs,

-v-

SHAW CABLESYSTEMS G.P., ET AL.,

Defendants.

**ORDER**

23-CV-8796 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendants' letter motion requesting to extend the stay of litigation deadlines to allow the parties to finalize their settlement agreement. ECF No. 158. The request is **GRANTED**. The deadlines set out in the Order dated October 19, 2026, ECF No. 146, are stayed for an additional **seven days** from the date of this Order. The parties should file a status update by **November 11, 2026**.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 158 as **GRANTED**.

**SO ORDERED.**

Dated: November 4, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge