USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 11/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADEIA GUIDES INC., ET AL.,

Plaintiffs,

-v-

SHAW CABLESYSTEMS G.P., ET AL.,

Defendants.

**ORDER**

23-CV-8796 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the parties' letter motion requesting to extend the stay of litigation deadlines to allow the parties to file a stipulation of voluntary dismissal. ECF No. 160. The request is **GRANTED**. The discovery deadlines are stayed until **November 19, 2026**, unless the case is dismissed before then.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 160 as **GRANTED**.

**SO ORDERED.**

Dated: November 12, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge